UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| v. | : | No. 3:18-cr-242 (VLB) |
| | : | |
| **Jodi Zils Gagne** | : | |
| Defendant. | : | June 9, 2020 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER denying Defendant Jodi Zils Gagne's Motion for Reconsideration [Dkt. 78] of the Court's April 2, 2020 order denying Defendant's motion for a reduction in sentence for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) [Dkt. 75]. In light of the dismissal of Defendant's appeal of the imposition of her sentence [Dkt. 83 (2d Cir. Mandate Granting Stipulated Dismissal of 19-1362-cr)], the Court's April 2, 2020 decision [Dkt. 75] is hereby incorporated by reference.**

**Ms. Gagne argues that the treatment for her multiple sclerosis places her at heightened risk for severe complications if she contracts COVID-19 while imprisoned at FCI Danbury. [Dkt. 78 (Def. Mot. for Recons.) at 8-9]. The Government opposes Defendant's motion. [Dkt. 82 (Gov. Opp'n)]. The Government now reports that Ms. Gagne was designated to home confinement by the Federal Bureau of Prisons ("BOP") and released on June 4, 2020. [Dkt. 88]. 18 U.S.C. § 3624(c)(2) permits the BOP to place an inmate on home confinement during the period of their custodial sentence without re-sentencing by the Court or any judicial action.**

**Considering this administrative relief, the Court cannot conclude that Ms. Gagne satisfied her burden of establishing "extraordinary and compelling" reasons to amend her sentence because Ms. Gagne is no longer subject to the conditions of confinement that allegedly jeopardize her health. Accordingly, Defendant's Motion for Reconsideration is DENIED.**

                                            **IT IS SO ORDERED**

                                                      /s/_____

                                            **Hon. Vanessa L. Bryant**
                                            **United States District Judge**

**Dated at Hartford, Connecticut: June 9, 2020**